JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANAFSHEH SADEGHI,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Case No. 2:22-cv-00393-RSWL-KSx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

IT IS SO ORDERED.

DATED: October 17, 2022           **/S/ RONALD S.W. LEW**

Honorable Ronald S.W. Lew
United States District Judge